**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elpedio ZAMBRANO–AYALA,**
**Defendant–Appellant.**

**No. 99–30300.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN and KLEINFELD, Circuit Judges.

**MEMORANDUM**[2]

Elpedio Zambrano–Ayala appeals the 32–month sentence imposed following his guilty plea conviction of one count of illegal re-entry by a previously deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Zambrano–Ayala contends that the district court improperly enhanced his sentence on the basis of a prior aggravated felony conviction that was not charged in the information and proved beyond a reasonable doubt. Zambrano–Ayala's argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which the Supreme Court in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) expressly declined to revisit. *Apprendi*, 120 S.Ct. at 2362; *see also United States v. Pacheco–Zepeda*, 234 F.3d 411, 414 (9th Cir.2000).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.